UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Breuer Construction, Inc., and
Rosen Simonson Design Center, LLC,

Plaintiffs,

v.

Douglas Bleess, Ardeen Bleess, and
Vision Builders, Inc.,

Defendants.

Court File No.: 01-CV-76 JMR/RLE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned matter may be dismissed with prejudice and on the merits, without an award of costs or disbursements to any party.

Dated: 10/23, 2001

Robin L. Preble (#271901)
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: (612) 347-7155
Facsimile: (612) 347-7077

ATTORNEYS FOR PLAINTIFFS

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

Dated: October 5, 2001

Michael L. Brutlag (#123225)
Brutlag, Hartmann & Okoneski, P.A.
1100 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 630-3203

ATTORNEYS FOR DEFENDANT
VISION BUILDERS, INC.

Dated: _________, 2001

David J. Lenhardt (#62169)
Gries & Lenhardt, P.L.L.P.
100 E. Central Ave.
P.O. Box 35
St. Michael, MN 55376
Telephone: (763) 497-3099

ATTORNEYS FOR DEFENDANTS
DOUGLAS & ARDEEN BLEESS

::ODMA\PCDOCS\FBDOCS1\2553551\1

Dated: ________, 2001

_______________________________
Michael L. Brutlag (#123225)
Brutlag, Hartmann & Okoneski, P.A.
1100 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 630-3203

ATTORNEYS FOR DEFENDANT
VISION BUILDERS, INC.

Dated: 10/5, 2001

_______________________________
David J. Lenhardt (#62169)
Gries & Lenhardt, P.L.L.P.
100 E. Central Ave.
P.O. Box 35
St. Michael, MN 55376
Telephone: (763) 497-3099

ATTORNEYS FOR DEFENDANTS
DOUGLAS & ARDEEN BLEESS

::ODMA\PCDOCS\FBDOCS1\2553551\1

**ORDER**

Based upon the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED THAT:

1. The Stipulation is accepted and incorporated herein as this Court's Order;

2. All claims asserted by and between the parties are dismissed with prejudice; and

3. Each party shall bear their own costs.

Dated: October 30, 2001

James M. Rosenbaum
United States District Court Judge